UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0615 (PLF) |
| ) | |
| STEVEN THURLOW, ) | |
| ) | |
| Defendant. ) | |

REFERRAL ORDER

On July 6, 2021, Magistrate Judge G. Michael Harvey ordered defendant Steven Thurlow released on personal recognizance, subject to conditions, under the supervision of the Pretrial Services Agency ("PSA") for the Eastern District of Michigan/Detroit. See Order Setting Conditions of Release [Dkt. No. 8]. One of the conditions of Mr. Thurlow's supervised release was to "not possess a firearm, destructive device, or other weapon." Id. at 2. Judge Harvey also ordered Mr. Thurlow to "[s]urrender [his] [Concealed Pistol License] and firearms immediately." Id. at 3.

On July 12, 2022, Pretrial Services for the District of Columbia submitted a status report indicating that Mr. Thurlow was not in compliance with his conditions of release. See Pretrial Status Report [Dkt. No. 34]. The report summarized information that Pretrial Services received from PSA for the Eastern District of Michigan/Detroit regarding Mr. Thurlow's possession of "several magazines, multiple armory tools and a AR upper with a drum in his basement." Id. at 2. Pretrial Services "request[ed] a hearing to address the defendant's non-compliance." Id.

Pursuant to Rule 59 of the Federal Rules of Criminal Procedure, the Court now refers Mr. Thurlow's pretrial violation matter to Magistrate Judge G. Michael Harvey "for determination" of the matter, including consideration of whether to modify, revoke, or terminate Mr. Thurlow's conditions of supervised release. See FED. R. CRIM. P. 59(a) ("A district judge may refer to a magistrate judge for determination any matter that does not dispose of a charge or defense."); see also LCrR 58 ("A magistrate judge may . . . exercise jurisdiction in cases of misdemeanor offenses."). Accordingly, it is hereby

ORDERED that Mr. Thurlow's pretrial violation matter is referred to Magistrate Judge Harvey for determination of the matter, including consideration of whether to modify, revoke, or terminate Mr. Thurlow's conditions of supervised release.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 7/14/22